CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
PhylG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Thrifty Payless, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case No. 2:19-CV-07244-RSWL-SS** <br><br> **Request for Entry of Default (As to Thrifty Payless, Inc., a California Corporation only)** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

    Plaintiff RAFAEL ARROYO, JR. ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against the THRIFTY PAYLESS, INC., A CALIFORNIA CORPORATION ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the defendant on August 29,

///
///
///
///

1

1  2019 as evidenced by the Proof of Service of Summons on file with this Court.

Date: September 20, 2019          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff

2