CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Thrifty Payless, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | Case 2:19-CV-07244-RSWL-SS <br><br> **Plaintiff's Application for Default Judgment by Court Against Thrifty Payless, Inc.** <br><br> Date:  December 17, 2019 <br> Time:  10:00 a.m. <br> Ctrm:  Suite 4311 |

To Defendant Thrifty Payless, Inc., and the attorneys of record, if any: Please take notice that on December 17, 2019, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at the United States Courthouse, 350 W. 1st Street, Los Angeles, California, Plaintiff Rafael Arroyo, Jr., will present his application for default judgment against defendant Thrifty Payless, Inc. The Clerk has previously entered the default on Thrifty Payless, Inc., on September 23, 2019.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Thrifty Payless, Inc., is an entity and not minor or incompetent person or in military service or otherwise exempted

under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Thrifty Payless, Inc., has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks $8,321 monetary judgment Thrifty Payless, Inc.; and an order directing the defendant to provide accessible sales counter and accessible restroom at the Rite Aid store located at 1433 Glendale Blvd., Los Angeles, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Thrifty Payless, Inc., on November 14, 2019, by first class United States Mail, postage prepaid.

Dated: November 14, 2019            CENTER FOR DISABILITY ACCESS

By: */s/ Russell Handy*
Russell Handy, Esq.,
Attorney for Plaintiff