UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**,<br><br>  Plaintiff,<br><br>  v.<br><br>**Thrifty Payless, Inc.,** a California Corporation; and Does 1-10,<br><br>  Defendants. | Case 2:19-CV-07244-RSWL-SS<br><br>[proposed] **Judgment**<br>(re: Default Judgment) |

1    Upon review of the court files, the application for default judgment,
2 the declarations submitted in support of the default judgment, and the
3 evidence presented having been fully considered, it is hereby ordered and
4 adjudged that plaintiff Rafael Arroyo, Jr. shall have JUDGMENT in his favor
5 and against defendant Thrifty Payless, Inc. for $8,321.00.
6    Additionally, defendant Thrifty Payless, Inc., is ordered to provide
7 accessible ice cream sales counter and an accessible restroom at the Rite Aid
8 store at 1433 Glendale Blvd., Los Angeles, California, in compliance with the
9 Americans with Disabilities Act Accessibility Standards.

Dated: _____    By:_____
United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff