*JS6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | CV 19-7244-RSWL-SS |
|           Plaintiff, | |
| | **JUDGMENT** |
|    v. | |
| | |
| THRIFTY PAYLESS, INC., a California Corporation; and DOES 1 through 10, | |
| | |
|         Defendants. | |

**WHEREAS,** on September 23, 2019 the Court Clerk entered default against Defendant Thrifty Payless, Inc.("Defendant") [11], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS,** this Court **GRANTED** Plaintiff Rafael Arroyo Jr.'s ("Plaintiff") Application for Default Judgment [15],

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that

1

judgment is entered in favor of Plaintiff and against Defendant, in accordance with this Court's previous Order granting Plaintiff's Application for Default Judgment as to Plaintiff's ADA claim.  Attorneys' fees are awarded to Plaintiff in the amount of $1,785.  The Court also awards costs to Plaintiff in the amount of $530.

Furthermore, the Court **GRANTS** Plaintiff's request for entry of an injunction, and **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Defendant shall provide compliant accessible sales counters and an accessible restroom at Rite Aid located at 1433 Glendale Blvd., Los Angeles, California in compliance with the Americans with Disabilities Act Accessibility Guidelines.

As no Defendants remain, the Clerk shall close this matter.


**IT IS SO ORDERED.**


DATED: January 31, 2020      s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge