CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>8033 Linda Vista Road, Suite 200</u>
<u>San Diego, CA 92111</u>
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff, RAFAEL ARROYO, JR.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br>   Plaintiff, <br><br>   v. <br><br> THRIFTY PAYLESS, INC., a California Corporation; and Does 1-10, <br><br>   Defendants. | Case No.: 2:19-CV-07244-RSWL-SS <br><br> **NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

                                    CENTER FOR DISABILITY ACCESS

Dated: <u>June 24, 2020</u>        By: <u>/s/ Amanda Seabock</u>
                                          Amanda Seabock
                                          Attorney for Plaintiff