# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.<br><br>Plaintiff(s),<br><br>v.<br><br>THRIFTY PAYLESS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–07244–RSWL–SS<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 07/15/2020 | 20 | Joint STIPULATION to Vacate Dates Due to Settlement |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is STRICKEN. Judgment entered and case closed on 1/31/2020.

Clerk, U.S. District Court

Dated: July 15, 2020          By: /s/ *Joseph Remigio*
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*