CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Wayne C. Arnold SBN 103194
16755 Von Karman, Ste. 200
Irvine, CA 92614
Telephone: 714-271-5214
Email: warnold@wcalaw.net
Attorney for Defendant
Thrifty Payless, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL ARROYO, JR.,

     Plaintiff,

  v.

THRIFTY PAYLESS, INC., a California
Corporation; and Does 1-10,

     Defendants.

Case No.: 2:19-CV-07244-RSWL-SS

**JOINT STIPULATION FOR
DISMISSAL PURSUANT TO
F.R.C.P. 41 (a)(1)(A)(ii)**

1        Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

2   parties hereto that this action may be dismissed with prejudice as to all parties; each

3   party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the

4   matter has been resolved to the satisfaction of all parties.

5

6   Dated: February 8, 2021       CENTER FOR DISABILITY ACCESS

7

8                      By: /s/ Amanda Seabock

9                           Amanda Seabock
                            Attorneys for Plaintiff

10

11   Dated: February 8, 2021

12

13                     By:  /s/ Wayne C. Arnold

14                          Wayne C. Arnold
                          Attorney for Defendant

15                          Thrifty Payless, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>SIGNATURE CERTIFICATION</u>

I hereby certify that the content of this document is acceptable to Wayne C. Arnold, counsel for Thrifty Payless, Inc., and that I have obtained authorization to affix his electronic signature to this document.


Dated: February 8, 2021          CENTER FOR DISABILITY ACCESS

                                 By: <u>/s/ Amanda Seabock</u>
                                     Amanda Seabock
                                     Attorneys for Plaintiff